**Order entered March 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00240-CV

**TIFFANY POLLARD, INDIVIDUALLY AND AS TRUSTEE OF THE MARIE MERKEL CHILDREN'S TRUST, Appellant**

**V.**

**RUPERT M. POLLARD, Appellee**

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-18-12515**

## ORDER

Before the Court is appellant's March 18, 2019 unopposed motion to enlarge time to file brief. The clerk's record, however, has not yet been filed. Accordingly, we **DENY** the motion as premature. *See* TEX. R. APP. P. 38.6(a).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE